## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE:  YASMIN AND YAZ | ) | |
| (DROSPIRENONE) MARKETING, SALES | ) | **3:09-md-02100-DRH** |
| PRACTICES AND PRODUCTS LIABILITY | ) | |
| LITIGATION | ) | **MDL No. 2100** |
| | ) | |

**This Document Relates To:**

| | |
|---|---|
| *Carla Brambila v. Bayer Corporation* | No. 10-cv-13275-DRH |
| *Holly Lippe et al  v. Bayer Corporation* | No. 11-cv-12583-DRH |
| *Patricia Maisenbacher et al v. Bayer Corporation* | No. 09-cv-10235-DRH |
| *Jennifer Rubio et al v. Bayer Corporation* | No. 10-cv-11228-DRH |
| *April M. Stanley v. Bayer Corporation* | No. 11-cv-11727-DRH |
| *Kristen Vaughn et al v. Bayer Corporation* | No. 10-cv-11812-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**   These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on September 9, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
**ACTING CLERK OF COURT**

Digitally signed **BY:**  **/s/ Caitlin Fischer**
by David R.
Herndon                     **Deputy Clerk**
Date:
2014.09.12
15:17:58 -05'00'

**APPROVED:**
**CHIEF JUDGE**
**U. S. DISTRICT COURT**